## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Case No. 16-10928-TPA |
| | : | |
| JOEL EDWARD MURPHY AND BONNIE LYNN MURPHY, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Document No. |
| | : | |
| SPECIALIZED LOAN SERVICING LLC AS SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOEL EDWARD MURPHY AND BONNIE LYNN MURPHY, | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR (TRUSTEE), | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 59), filed on July 25, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

**Notices to be sent to:**                    **Payments to be sent to:**

Specialized Loan Servicing, LLC              Specialized Loan Servicing, LLC

8742 Lucent Blvd, Suite 300                  PO Box 636007

Highlands Ranch, CO 80129                    Littleton, CO 80163


DATED: October 25, 2018              /s/ Lisa Cancanon _____
                                     Lisa Cancanon
                                     Weinstein & Riley, P.S.
                                     Attorney for Creditor
                                     11101 West 120th Avenue #280
                                     Broomfield, CO 80021
                                     Bar ID: 323550
                                     Phone: (303) 539 8600
                                     Email: lisac@w-legal.com

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 25, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

Debtor(s) via First-Class Mail
Joel Murphy
Bonnie Lynn Murphy
1822 Walnut Street
Erie, PA 16502

Debtor(s) Counsel via First-Class Mail
Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

Trustee via First-Class Mail
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee via First-Class Mail
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon