**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 16-10928-TPA |
| Joel Edward Murphy, AND, | : | |
| Bonnie Lynn Murphy, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| ASPMD, AND, | : | |
| CCI/ Contract Callers Incorporated, | : | |
| *Movants,* | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** **ASPMD**
**Incorrect Address:** **229 Third Street, Cambridge, MA 02142-1129**
**Correct Address:** **38 8th Street, Apartment 5, Cambridge, MA 02141-1525**

**Creditor Name:** **CCI/Contract Callers Incorporated**
**Incorrect Address:** **P.O. Box 3000, Augusta, GA 30914-3000**
**Correct Address:** **501 Greene Street, #302, Augusta, GA 30907**

Respectfully Submitted,

Date: December 21, 2018

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors