Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joel Edward Murphy** | : | Case No. 16−10928−TPA |
| **Bonnie Lynn Murphy** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this **The 6th of May, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

      (5) The conciliation conference on the Trustee's Certificate of Default to Dismiss Case previously scheduled for June 4, 2019 is CANCELLED.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                     Case No. 16-10928-TPA
Joel Edward Murphy                                                         Chapter 13
Bonnie Lynn Murphy
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson                  Page 1 of 3                  Date Rcvd: May 06, 2019
                               Form ID: 309                Total Noticed: 91


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db/jdb         +Joel Edward Murphy,    Bonnie Lynn Murphy,    1822 Walnut Street,    Erie, PA 16502-1755
cr             +Specialized Loan Servicing LLC as servicing agent,     8742 Lucent Blvd,    Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
14317245        ASPMD,   38 8th Street, Apartment 5,    Cambridge, MA 02141-1525
14317244       +American Coradius International LLC,    PO Box 717,    Getzville, NY 14068-0717
14317247        Belott Law Firm,    Renaissance Center St.,    Erie, PA 16501
14294649       +CCI/Contract Callers Incorporated,    501 Greene Street, #302,    Augusta, GA 30901-4415
14294648       +Carmel Financial Corporation,    C/O Aam,    101 East Carmel Drive, Suite 205,
                 Carmel, IN 46032-2668
14378849        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD  57117-6043
14317248       +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 790034,    Saint Louis, MO 63179-0034
14317250       +Convergent Healthcare Recoveries Inc,    124 SW Adams Street,    Suite 215,
                 Peoria, IL 61602-2321
14294651       +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
14317252       +Credit Bureau Collection Services Inc,    PO Box 163333,    Columbus, OH 43216-3333
14317255       +Creditech,    PO Box 99,    Bangor, PA 18013-0099
14294656       +Erie County Tax Claim Bureau,    140 West Sixth Street, Room 110,    Erie, PA 16501-1073
14317257       +Erie Water Works,    Collection Department,    340 West Bayfront Parkway,    Erie, PA 16507-2004
14294657        First Premier,    601 South Minneapolis Avenue,    Sioux Falls, SD 57104
14294659       +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14317260       +Foot & Ankle Care Centers,    3 Greenville Orthopedic Center,    Greenville, PA 16125-1210
14294660        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
14317261       +Genoa, a Qol Healthcare Co,    1330 West 26th Street,    Erie, PA 16508-1402
14317262      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court:  J.C. Christensen & Associates Inc,     PO Box 519,
                 Sauk Rapids, MN 56379)
14317264       +Medical Associates of Erie,    Osteopathic Internal Medical,    One Lecom Place,
                 Erie, PA 16505-2571
14317265       +Medicor Associates Inc,    104 East 2nd Street,    2nd Floor,    Erie, PA 16507-1532
14317266       +Montgomery Lynch & Associates Inc,    PO Box 22720,    Beachwood, OH 44122-0720
14317267       +National Asset Recovery Services Inc,    PO Box 1898,    Saint Charles, MO 63302-1898
14317268       +Nations Recovery Center Inc,    PO Box 620130,    Atlanta, GA 30362-2130
14317269      #+Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
14317270       +Nationwide Recovery Systems,    501 Shelley Drive,    #300,    Tyler, TX 75701-9553
14317272       +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
14317273       +Northshore Clinical Associates,    120 East 2nd Street,    Floor 3,    Erie, PA 16507-1578
14317274       +Northwest Savings Bank,    Attn: Colleen Lamberto,    Po Box 337,    Warren, PA 16365-0337
14317276       +Orthopaedic & Sports Medicine of Erie PC,    100 Peach Street,    Suite 400,
                 Erie, PA 16507-1423
14317277       +Osteopathic Cardiology Associates LLC,    4002 Schaper Avenue,    Suite A,    Erie, PA 16508-3358
14317278       +Pathology Associates of Erie,    5700 Soutwyck Boulevard,    Toledo, OH 43614-1509
14294670       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14294671       +Progressive Insurance Company,    2450 Severn Avenue,    Suite 102,    Metairie, LA 70001-6956
14317279       +RAzOR Capital LLC,    PO Box 390243,    Minneapolis, MN 55439-0243
14317282       +RMS,   PO Box 361595,    Columbus, OH 43236-1595
14317280       +Receivables Outsourcing LLC,    PO Box 549,    Timonium, MD 21094-0549
14317281       +Regional Health Services,    510 Cranberry St,    Erie, PA 16507-1075
14317283       +Southwest X-Ray LP,    PO Box 220122,    El Paso, TX 79913-2122
14317284       +St. Vincent Institute,    232 West 25th Street,    Erie, PA 16544-0001
14294675       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
14371579        UPMC Community Medicine,    PO Box 1123,    Minneapolis, MN 55440-1123
14317287       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14294676       +United Collection Services,    106 Commerce Street Suite 101,    Lake Mary, FL 32746-6217
14317288       +Vision Financial Corp.,    5301 East State Street Lower Level,    Rockford, IL 61108-2457
14379904       +WF 19 Grantor Trust,    C/O Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14726443       +Wilmington Savings Fund Society,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14749010       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
14886266       +Wilmington Savings Fund Society,FSB Trustee,    c/o 8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM May 07 2019 06:53:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14317246       +EDI: CINGMIDLAND.COM May 07 2019 06:53:00      AT&T Mobility,    1025 Lenox Park Boulevard NE,
                 Atlanta, GA 30319-5309
14317243       +EDI: AFNIRECOVERY.COM May 07 2019 06:53:00      Afni Inc,    PO Box 3427,
                 Bloomington, IL 61702-3427
```

```
District/off: 0315-1          User: vson                   Page 2 of 3                   Date Rcvd: May 06, 2019
                              Form ID: 309                 Total Noticed: 91


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14294646       +EDI: PHINAMERI.COM May 07 2019 06:53:00      AmeriCredit/GM Financial,    Po Box 183853,
                 Arlington, TX 76096-3853
14294647       +EDI: APPLIEDBANK.COM May 07 2019 06:53:00      Applied Card Bank,    Attention: Bankruptcy,
                 Po Box 17125,    Wilmington, DE 19850-7125
14365373        EDI: RESURGENT.COM May 07 2019 06:53:00      CACH, LLC,    PO BOX 10587,
                 Greenville, SC 29603-0587
14294650       +EDI: CHASE.COM May 07 2019 06:53:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14317251       +EDI: CONVERGENT.COM May 07 2019 06:53:00      Convergent Outsourcing Inc,    800 SW 39th Street,
                 PO Box 9004,    Renton, WA 98057-9004
14294652       +EDI: CCS.COM May 07 2019 06:53:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
14317253       +EDI: RCSFNBMARIN.COM May 07 2019 06:53:00      Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
14317254       +EDI: CREDPROT.COM May 07 2019 06:53:00      Credit Protection Association LP,    PO Box 802068,
                 Dallas, TX 75380-2068
14331895       +EDI: RESURGENT.COM May 07 2019 06:53:00      Del Sol Medical Center,
                 Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
14317256       +EDI: HCA2.COM May 07 2019 06:53:00      Del Sol Medical Center,    PO Box 740782,
                 Cincinnati, OH 45274-0782
14375442        EDI: DIRECTV.COM May 07 2019 06:53:00      Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL 60197-5008
14294653        EDI: ESSL.COM May 07 2019 06:53:00      Dish Network,    Department 0063,
                 Palatine, IL 60055-0063
14294654       +EDI: DCI.COM May 07 2019 06:53:00      Diversified Consultant,    Dci,    Po Box 551268,
                 Jacksonville, FL 32255-1268
14294655       +E-mail/Text: Billing_Paperwork@emergycare.org May 07 2019 03:06:52      Emergycare, Incorporated,
                 1926 Peach Street,    Erie, PA 16502-2872
14317258       +E-mail/Text: fsgb@fsgbcollections.com May 07 2019 03:06:51      Finance System of Green Bay Inc,
                 301 North Jackson Street,    Green Bay, WI 54301-4938
14317259       +E-mail/Text: bankruptcy@firstenergycorp.com May 07 2019 03:06:20      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14294661       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com May 07 2019 03:05:40
                 Full Service Network,    600 Grant Street - Floor 30,    Pittsburgh, PA 15219-2709
14294662       +EDI: IIC9.COM May 07 2019 06:53:00      IC Systems, Inc,    444 Highway 96 East,
                 St Paul, MN 55127-2557
14294663       +EDI: RESURGENT.COM May 07 2019 06:53:00      LVNV Funding,    Po Box 10497,
                 Greenville, SC 29603-0497
14294665       +EDI: AQUAFINANCE.COM May 07 2019 06:53:00      MBC Investments,    Po Box 844,
                 Wausau, WI 54402-0844
14317263       +EDI: AQUAFINANCE.COM May 07 2019 06:53:00      MBC Investments LLC,    PO Box 1584,
                 Wausau, WI 54402-1584
14294664       +EDI: PHINGENESIS May 07 2019 06:53:00      Mabt - Genesis Retail,    Bankcard Services,
                 Po Box 4477,    Beaverton, OR 97076-4401
14294666       +E-mail/Text: MEvan@mch1.org May 07 2019 03:06:36      Millcreek Community Hospital,
                 5515 Peach Street,    Erie, PA 16509-2695
14294667        E-mail/Text: Bankruptcy@natfuel.com May 07 2019 03:06:17      National Fuel,    PO Box 4103,
                 Buffalo, NY 14264
14317271       +E-mail/Text: egssupportservices@alorica.com May 07 2019 03:06:27      NCO Financial Systems Inc,
                 5 Penn Center West,    Suite 100,    Pittsburgh, PA 15276-0126
14345317       +E-mail/Text: Bankruptcy@natfuel.com May 07 2019 03:06:17      National Fuel,    Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14309045        EDI: AGFINANCE.COM May 07 2019 06:53:00      OneMain,    P.O. Box 70912,
                 Charlotte, NC 28272-0912
14294669       +EDI: AGFINANCE.COM May 07 2019 06:53:00      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
14295056        EDI: RECOVERYCORP.COM May 07 2019 06:53:00       Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14330951        EDI: Q3G.COM May 07 2019 06:53:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14295034        EDI: RECOVERYCORP.COM May 07 2019 06:53:00       Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14294672       +EDI: RESURGENT.COM May 07 2019 06:53:00      Square One Financial/Cach Llc,
                 4340 S Monaco Street,    2nd Floor,    Denver, CO 80237-3485
14294674       +E-mail/Text: DL-ICOMSBankruptcy@charter.com May 07 2019 03:06:37      Time Warner Cable,
                 PO Box 0901,    Carol Stream, IL 60132-0901
14317285       +E-mail/Text: bankruptcydepartment@tsico.com May 07 2019 03:06:43      Transworld Systems Inc,
                 Collection Agency,    507 Prudential Road,    Horsham, PA 19044-2308
14294677       +E-mail/Text: BankruptcyNotice@upmc.edu May 07 2019 03:06:41      UPMC Hamot,    201 State Street,
                 Erie, PA 16550-0001
14294678       +EDI: VERIZONCOMB.COM May 07 2019 06:53:00      Verizon,    500 Technology Drive,    Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 39
```

```
District/off: 0315-1           User: vson                  Page 3 of 3                   Date Rcvd: May 06, 2019
                               Form ID: 309                Total Noticed: 91


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, as trustee o
14294658*       First Premier,    601 South Minneapolis Ave,    Sioux Falls, SD 57104
14376812*       UPMC Community Medicine,    PO Box 1123,    Minneapolis MN 55440-1123
14317286*      +UPMC Hamot,    201 State Street,    Erie, PA 16550-0001
14317249      ##+CMI - Community Medicine, Inc.,    1599 North Hermitage Road,    Hermitage, PA 16148-3180
14294668      ##+Northwest Consumer Discount Bank,    1324 East Grandview Boulevard,    Erie, PA 16504-2736
14317275      ##+Orion Portfolio Services LLC,    53 Perimeter Center,    Suite 450,    Atlanta, GA 30346-2287
14294673      ##+Stellar Recovery Incorporated,    Attn: Bankruptcy,    4500 Salisbury Road Suite 105,
                 Jackonville, FL 32216-8035
                                                                                             TOTALS: 1, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Bonnie Lynn Murphy dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Joel Edward Murphy dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
                Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but
                solely in its capacity as Owner Trustee for WF 19 lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```