# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 16-10928-TPA |
| Joel Edward Murphy and | : | |
| Bonnie Lynn Murphy, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| American Coradius International LLC, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** American Coradius International LLC
**Incorrect Address:** PO Box 717, Getzville NY 14068-0717
**Correct Address:** 2420 Sweet Home Road #150, Amherst NY 14228

                                                    Respectfully Submitted,

Date: May 14, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors