**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOEL EDWARD MURPHY<br>BONNIE LYNN MURPHY<br>          Debtor(s)<br><br>Ronda J. Winnecour<br>          Movant<br>          vs.<br>No Respondents. | Case No.:16-10928 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 09/23/2016 and confirmed on 12/19/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 10,465.00 |
| Less Refunds to Debtor | | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 10,465.00 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,333.14 | | |
|   Trustee Fee | | 465.66 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 3,798.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>     Acct: 9743 | 0.00 | 4,009.73 | 0.00 | 4,009.73 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>     Acct: 9743 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>     Acct: 4507 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>     Acct: 0100 | 2,078.78 | 0.00 | 0.00 | 0.00 |
|   ERIE WATER WORKS*<br>     Acct: 1530 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>     Acct: 0100 | 921.72 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>     Acct: 0100 | 925.18 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>     Acct: 4507 | 17,295.56 | 1,774.67 | 881.80 | 2,656.47 |
| | | | | 6,666.20 |

Priority

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOEL EDWARD MURPHY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 3,580.00 | 3,333.14 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 950.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | ORION++ | 313.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 4953 | | | | |
| | AMERICAN CORADIUS INTERNATIONAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5356 | | | | |
| | QUANTUM3 GROUP LLC AGNT - SADINO FU | 708.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2071 | | | | |
| | ASPMD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2900 | | | | |
| | AT & T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: RPHY | | | | |
| | BELOTT LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8392 | | | | |
| | CARMEL FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0006 | | | | |
| | CCI CONTRACT CALLERS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8438 | | | | |
| | CREDIT ACCEPTANCE CORP* | 5,892.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 1146 | | | | |
| | CREDIT BUREAU COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8102 | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6584 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8654 | | | | |
| | DEL SOL MEDICAL CENTER | 75.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1292 | | | | |
| | AMERICAN INFOSOURCE LP - AGENT DIRE | 919.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 6043 | | | | |
| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0504 | | | | |
| | FINANCE SYSTEM OF GREEN BAY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0006 | | | | |
| | FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7407 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6935 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5442 | | | | |
| | FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2414 | | | | |
| | FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1302 | | | | |
| | GENOA - A QOL HEALTHCARE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2000 | | | | |
| | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5001 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7001 | | | | |
| J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3977 | | | | |
| MBC INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0006 | | | | |
| MEDICAL ASSOCIATION OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1429 | | | | |
| MEDICOR ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0007 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5883 | | | | |
| NORTHSHORE CLINICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2504 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0003 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 6,504.28 | 0.00 | 0.00 | 0.00 |
|   Acct: 1540 | | | | |
| ORTHOPAEDIC AND SPORTS MEDICINE OI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1734 | | | | |
| OSTEOPATHIC CARDIOLOGY ASSOCITES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6561 | | | | |
| PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5406 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6897 | | | | |
| REGIONAL HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3921 | | | | |
| SOUTHWEST X RAY LP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0268 | | | | |
| CACH LLC | 2,436.12 | 0.00 | 0.00 | 0.00 |
|   Acct: 0811 | | | | |
| STELLAR RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9165 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9772 | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6623 | | | | |
| UNITED COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6321 | | | | |
| UPMC HAMOT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: UPHY | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: RPHY | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 1,450.07 | 0.00 | 0.00 | 0.00 |
|   Acct: 5606 | | | | |
| UPMC COMMUNITY MEDICINE | 100.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7422 | | | | |
| GATEWAY/CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PARKSIDE ORTHOPEDIC ASSOC. INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: | | | | |
|   EMERGYCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOOT & ANKLE CARE CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MBC INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MID AMERICA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORTHWEST BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAULDING ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RECEIVABLES OUTSOURCING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ST VINCENT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIME WARNER CABLE - NE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HAMOT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC COMMUNITY MEDICINE | 347.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6643 | | | | |
|   ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 6,666.20 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 21,221.24 |
| UNSECURED | 18.745.26 |

Date: 06/10/2019                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com