**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re:<br>JOEL EDWARD MURPHY<br>BONNIE LYNN MURPHY<br>Debtor(s) | Case No. 16-10928TPA |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/23/2016.

2) The plan was confirmed on 12/19/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/19/2017, 03/15/2018, 11/19/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/28/2017, 08/22/2018, 03/12/2019, 05/06/2019.

5) The case was dismissed on 05/06/2019.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $3,889.47.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $10,465.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,465.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,333.14 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $465.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,798.80

Attorney fees paid and disclosed by debtor:    $420.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN CORADIUS INTERNATIO | Unsecured | 6,504.28 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGEN" | Unsecured | 919.00 | 919.01 | 919.01 | 0.00 | 0.00 |
| ASPMD | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Unsecured | 766.07 | NA | NA | 0.00 | 0.00 |
| BELOTT LAW FIRM | Unsecured | 615.97 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 2,436.00 | 2,436.12 | 2,436.12 | 0.00 | 0.00 |
| CARMEL FINANCIAL CORP | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| CCI CONTRACT CALLERS INC | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Unsecured | 5,892.00 | 5,892.18 | 5,892.18 | 0.00 | 0.00 |
| CREDIT BUREAU COLLECTION SERV | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CREDITECH | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| DEL SOL MEDICAL CENTER | Unsecured | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU* | Secured | 0.00 | 921.72 | 921.72 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU* | Secured | NA | NA | 925.18 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU* | Secured | 3,925.00 | 2,078.78 | 2,078.78 | 0.00 | 0.00 |
| ERIE WATER WORKS* | Secured | 146.65 | 442.71 | 0.00 | 0.00 | 0.00 |
| FINANCE SYSTEM OF GREEN BAY IN | Unsecured | 242.22 | NA | NA | 0.00 | 0.00 |
| FIRST ENERGY* | Unsecured | 439.17 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| FULL SERVICE NETWORK | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| GENOA - A QOL HEALTHCARE CO | Unsecured | 328.89 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 3,396.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| J C CHRISTENSEN & ASSOCIATES | Unsecured | 723.05 | NA | NA | 0.00 | 0.00 |
| MBC INVESTMENTS | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL ASSOCIATION OF ERIE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MEDICOR ASSOCIATES INC | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL FUEL GAS DISTRIB CORP | Unsecured | 0.00 | 1,450.07 | 1,450.07 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE CLINICAL ASSOCIATE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(* | Unsecured | 6,487.00 | 6,504.28 | 6,504.28 | 0.00 | 0.00 |
| ORION++ | Unsecured | NA | 313.60 | 313.60 | 0.00 | 0.00 |
| ORTHOPAEDIC AND SPORTS MEDICI | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| OSTEOPATHIC CARDIOLOGY ASSOC | Unsecured | 89.90 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOCIATES OF ERIE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 14,802.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SAD | Unsecured | 708.00 | 708.00 | 708.00 | 0.00 | 0.00 |
| REGIONAL HEALTH SERVICES | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST X RAY LP | Unsecured | 6,311.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECEIVABLES | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++ | Unsecured | 91.21 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION SERVICE | Unsecured | 981.00 | NA | NA | 0.00 | 0.00 |
| UPMC COMMUNITY MEDICINE | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| UPMC COMMUNITY MEDICINE | Unsecured | NA | 347.00 | 347.00 | 0.00 | 0.00 |
| UPMC HAMOT MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 1,801.80 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 17,035.08 | 17,295.56 | 17,295.56 | 1,774.67 | 881.80 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 3,393.16 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 16,324.79 | 16,214.96 | 0.00 | 4,009.73 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $17,295.56 | $5,784.40 | $881.80 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,925.68 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,221.24** | **$5,784.40** | **$881.80** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$18,745.26** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,798.80 |
| Disbursements to Creditors | $6,666.20 |
| **TOTAL DISBURSEMENTS** : | **$10,465.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/03/2019                              By: /s/ Ronda J. Winnecour
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**